DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AURELIO PEREIRA and MARIA PEREIRA,**
Appellant,

v.

**DEPARTMENT OF TRANSPORTATION,**
Appellee.

No. 4D19-122

[January 9, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562014CA001031.

Charles S. Stratton and Joshua S. Stratton of Nelson Mullins Broad and Cassel, Tallahassee, for appellant.

Marc Peoples, Assistant General Counsel, Department of Transportation, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***